IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NAFTOMAR SHIPPING & TRADING CO., LTD. ET AL<br>　　　Plaintiffs,<br><br>VS.<br><br>KMA International S.A. et al,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. V-11-00002 |

### NOTICE OF SETTLEMENT CONFERENCE

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The above matter was referred to Magistrate Judge Nancy K. Johnson for a settlement conference.

You are hereby notified that the conference is scheduled for March 30, 2011, at 2:30 P.M., in Courtroom 700 on the seventh floor, 515 Rusk Avenue, Houston, Texas.

OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-888-350-0075, Conference Room #7045650.

### REQUIRED ATTENDANCE AT THE SETTLEMENT CONFERENCE

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the settlement conference **with the parties** and with the person or persons having **full authority** to negotiate and to settle the case **on any terms** at the conference.

### CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least two (2) court days before the settlement conference the parties shall deliver directly to the chambers of

the undersigned (Room 7019) a confidential settlement conference statement, which **should not be filed** with the Clerk of the Court, **nor served** upon the other parties. Brevity is encouraged.

The confidential settlement conference statement shall include the following:

1. A brief statement of the facts of the case;
2. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;
3. A summary of the proceedings to date;
4. An estimate of the cost and time to be expended for further discovery, pretrial and trial;
5. The relief sought;
6. The party's position on settlement, including present demands and offers and history of past settlement discussions, offers and demands; and,
7. The name, title, and responsibilities of each person that will attend the settlement conference.

SIGNED this 28th day of March 2011, at Houston, Texas.

Nancy K. Johnson
United States Magistrate Judge